UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

**BLAINE MATTHEWS**
*individually & on behalf of*
**TINA DAIGLE MATTHEWS ESTATE**
*on behalf of* **ANN MARIE MATTHEWS**
     *Plaintiff*

**EDWARD JOHNSON**
*on behalf of*
**LAUREN NICOLE JOHNSON**
*on behalf of*
**BRITTANY CLAIRE JOHNSON**
     *Plaintiff*

**VS.**

**LORENZO MEDINA**
**NATIONWIDE MUTUAL FIRE INS. CO.**
*referred to as Nationwide Mutual Ins. Co.*
     *Defendants*

**CIVIL ACTION NO. 07-0935**

**JUDGE DOHERTY**

**MAGISTRATE JUDGE METHVIN**

*JURISDICTIONAL AMOUNT REVIEW RULING*

     This diversity case was filed directly in federal court alleging jurisdiction under 28 U.S.C. §1332.  As required by a standing order of this court, the undersigned has reviewed the record to determine whether the required jurisdictional amount has been established.

     Plaintiffs bring this wrongful death action seeking damages for the death of Tina Daigle Matthews in a motor vehicle accident, allegedly due to the fault and/or negligence of defendant Lorenza Medina.  Considering the foregoing, the undersigned concludes that the required jurisdictional amount has been established, and no further briefing is required.

     Signed at Lafayette, Louisiana, on November 6, 2007.

                              Mildred E. Methvin
                              United States Magistrate Judge
                              800 Lafayette St., Suite 3500
                              Lafayette, Louisiana 70501
                              (337) 593-5140 (phone) 593-5155 (fax)